| | |
|---|---|
| United States District Court<br>Eastern District of New York | 2:18-cv-02977-JS-SIL |
| Franco Condon individually and on behalf of all others similarly situated<br><br>                                        Plaintiff<br><br>              - against -<br><br>Unilever United States, Inc.<br><br>                                        Defendant | Notice of Voluntary Dismissal |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated:   August 25, 2018

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
EDNY Bar Number SS-8533
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

2:18-cv-02977-JS-SIL
United States District Court
Eastern District of New York

Franco Condon individually and on behalf of all others similarly situated

                                                    Plaintiff

    - against -

Unilever United States, Inc.

                                                   Defendant

## Notice of Voluntary Dismissal

Sheehan & Associates, P.C.
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: August 25, 2018

                                                              /s/ Spencer Sheehan
                                                              Spencer Sheehan