United States District Court
Eastern District of New York

2:18-cv-02977-JS-SIL

Franco Condon individually and on behalf of all others similarly situated

    Plaintiff

ORDER

- against -

Notice of Voluntary Dismissal

Unilever United States, Inc.

    Defendant

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated: August 25, 2018

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
EDNY Bar Number SS-8533
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

SO ORDERED:

/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Aug. 28, 2018
Central Islip, NY

The Clerk of the Court is directed to mark the case CLOSED.